NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1503, -1567

### AMERICAN CALCAR, INC.,

Plaintiff-Appellant,

v.

### AMERICAN HONDA MOTOR CO., INC.
### and HONDA OF AMERICA MANUFACTURING, INC.,

Defendants-Cross Appellants.

Appeals from the United States District Court for the Southern District of California in case no 06-CV-02433, Judge Dana M. Sabraw.

ON MOTION

Before RADER, Circuit Judge.

ORDER

American Honda Motor Co., Inc. et al. move for a 45-day extension of time, until January 14, 2010, to file their brief.  American Calcar, Inc. opposes in part.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Gary M. Butter, Esq.
        John T. Johnson, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK